FILED
APR 15 2015
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

IN RE                                           Case No. 15-15223
Morris L. McClellan
Aiyana M. McClellan                             Chapter 13

## MOTION TO EXTEND STAY

We ask that a motion be granted, extending the stay, in our case, due to extenuating circumstances. The court was closed on the day, we intended to deliver the documents, due to the holiday, and then closed the following day because of the snow. After that date our schedules did not permit the time we needed to deliver the documents, as expected, as Aiyana McClellan, began a new job, and my schedule did not permit.

The following week our furnace stopped working during the weekend we had the major snowstorm, and we suffered a flood a few days later, that had to be taken care of over the course of the next week. That has all been remedied. Aside from the flood, Aiyana McClellan was diagnosed with a debilitating disorder, and suffered a severe flair up, after she began working very rigorous hours at the car dealership, where she began employment a few weeks earlier. She had been unable to gain employment, and leaped at the opportunity to work again, in order that she could contribute to the household. Unfortunately, the demands of that job caused her body to "shut down" and she was unable to function, i.e. sit up, walk straight, etc. She has since gotten better, but has difficult days sometimes.

Although, the condition has caused undue stress, as it relates to work and life in general, as well as the bankruptcy filing, we now have some assistance, and are also seeking council again.

We were going to attempt to reopen our dismissed case#15-1032, but, we were advised that it would make more sense to start a new case, at this time. We took the advice, and on Monday, April 13, 2015, filed a new bankruptcy case, with full intentions of remedying any outstanding fees, over the next month or so.

All of our filings within the last year have been in good faith, and we fully intend to move forward, so that we can work out a plan with our current creditors.

This has been a difficult few years for us, but we are dedicated to getting our financial affairs in order, so that the stress we have been dealing with, is relieved. The extension of the stay will allow us the opportunity to work out the details of the filing, without the "stress" of worrying whether or not, we'll have a car to drive to and from work, and a home to live in.

The dates to consider:
- Friday, April 15th, 2015 - Foreclosure Sale
- Car has been postponed for now, but was scheduled yesterday, 4/13/15

continued on next page

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

IN RE                                            Case No. 15-15223
Morris L. McClellan
Aiyana M. McClellan                              Chapter 13

## MOTION TO EXTEND STAY (continued)

We are reworking some of the details in the previously completed documents, since some details have changed since the prior filings, but will have them completed and delivered to the court within the next few days.

We appreciate the courts review in this matter and look forward to a favorable outcome.

*/s/ Morris McClellan*

*/s/ Aiyana McClellan*